# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA GOMEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. 14-cv-03384 NC<br><br>**ORDER SETTING DEADLINE RE: REPLY BRIEF**<br><br>Re: Dkt. Nos. 12, 13 |

Plaintiff brought this action under 42 U.S.C. § 405(g) to obtain judicial review of the final decision of the Commissioner of Social Security denying her claim for Disability Insurance Benefits under Title II of the Social Security Act. Both parties moved for summary judgment. Dkt. Nos. 12, 13. Plaintiff, however, has not filed a reply to defendant's opposition and counter-motion as permitted by the procedural order issued in this case, Dkt. No. 6. Plaintiff has until March 4, 2015, to file such a reply. If no reply is filed by that deadline, the matter will be deemed submitted for decision.

　　IT IS SO ORDERED.

　　Date: February 24, 2015

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Nathanael M. Cousins
　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge